# UNITED STATES DISTRICT COURT

# DISTRICT OF MAINE

| | |
|---|---|
| EZRA HALKETT,<br>                    Plaintiff<br>v.<br><br>MARY COX GOLDEN, in her capacity as executrix of the estate of Herbert L. Golden, *et al.*<br>                    Defendants | Civil No. 05-110-B-C |

Gene Carter, Senior District Judge

## ORDER AFFIRMING THE
## RECOMMENDED DECISION OF THE MAGISTRATE JUDGE

United States Magistrate Judge Kravchuk filed with the Court on May 5, 2006, her Recommended Decision in the above-entitled matter and the parties have now filed their objections to the Recommended Decision.  After reviewing and considering the Magistrate Judge's Recommended Decision, together with the entire record, and after making a *de novo* determination of all matters adjudicated by the Magistrate Judge's Recommended Decision, this Court concurs with the recommendations of the United States Magistrate Judge for the reasons set forth in her Recommended Decision.  Having determined that no further proceeding is necessary; it is **ORDERED** as follows:

(1)    The Recommended Decision of the Magistrate Judge is hereby **AFFIRMED**;

(2)    Defendant's Motion to Dismiss be, and it is hereby, **GRANTED**.


/s/ Gene Carter_____
GENE CARTER
Senior United States District Judge

Dated at Portland, Maine this 19th day of June, 2006.