# UNITED STATES DISTRICT COURT

# DISTRICT OF MAINE

EZRA HALKETT,
                              Plaintiff

v.                                                                    Civil No. 05-110-B-C

MARY COX GOLDEN, in her capacity as
executrix of the estate of Herbert L. Golden,
*et al.*
                              Defendants

Gene Carter, Senior District Judge

## ORDER GRANTING SUMMARY JUDGMENT IN FAVOR
## OF FIREMAN'S FUND INSURANCE COMPANY ON COUNT III

Plaintiff and Defendant Fireman's Fund Insurance Company have stipulated to the entry

of summary judgment in favor of Fireman's Fund Insurance Company on Count III of the First

Amended Complaint.  Docket Item No. 38.  Accordingly, the Court **ORDERS** that summary

judgment  be, and it is hereby, **GRANTED** in favor of Fireman's Fund Insurance Company on

Count III of the First Amended Complaint in accordance with the stipulation of the parties.


                              /s/ Gene Carter_____
                              GENE CARTER
                              Senior United States District Judge

Dated at Portland, Maine this 7th day of July, 2006.